UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| In re:<br><br>PRESLEYLAND SPEEDPARK, LLC,<br><br>Debtor. | Case No. 19-71441-AKM-7 |

## REVOCATION OF APPOINTMENT OF PANEL TRUSTEE

UNITED STATES TRUSTEE has been advised by Panel Chapter 7 Trustee Stacy M. Wissell that she has a potential conflict of interest in the above-referenced case. The United States Trustee has revoked Trustee Wissell's appointment as trustee and requests that the clerk appoint Kathryn L. Pry as successor trustee from the panel of chapter 7 trustees.

Respectfully submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE

By: /s/Harrison E. Strauss
Harrison E. Strauss,
Trial Attorney
Office of United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204
Phone: (317) 226-6101
Fax: (317) 226-6356
Email: Harrison.Strauss@usdoj.gov